IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RODNEY TOWNES, FRED WILLIAMS, and WILLIE CAMPBELL, <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF MAYWOOD, and OFFICER OCHOA, OFFICER CAJIGAS, OFFICER EARLEY, and OFFICER G. MARTINEZ <br><br> Defendants. | Case No: 24-cv-8447 <br><br> Judge: Hon. LaShonda A. Hunt <br><br> Mag. Judge: Hon. Keri Holleb Hotaling <br><br> **JURY TRIAL DEMANDED** |

**JOINT INITIAL STATUS REPORT**

The parties, in accordance with this Court's Order of April 2, 2025 (Dkt. 32), through their respective undersigned attorneys, submit the following Joint Status Report.

**I.  Status of Discovery**

The parties have timely served Rule 26(a)(1) initial disclosures and written discovery. Additionally, all parties have answered written discovery, and counsel for the parties are in the process of reviewing and evaluating these responses, and addressing any apparent insufficiencies in such responses, prior to taking fact depositions. The parties do not foresee at this time that they will be unable to meet the Court's fact discovery close deadline of September 30, 2025.

**II.  Status of Settlement**

Plaintiffs made a settlement demand on May 1, 2025. Counsel for Defendants have informally spoken with counsel for Plaintiffs as to this demand since its issuance, but Defendants have not made a formal response. The parties will promptly inform the Court should they desire its assistance in the form of a settlement conference.

Dated: May 28, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel E. Massoglia* | */s/ Anthony G. Becknek* |
| One of Plaintiffs' Attorneys | One of Defendants' Attorneys |

Daniel Massoglia
Hannah C. Marion
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
708-797-3066
*daniel@first-defense.org*
*hannah@first-defense.org*

Stephen J. Siegel (#6209054)
Serena G. Rabie (#6336601)
Armstrong Teasdale LLP
100 N. Riverside Plaza, 15th Fl.
Chicago, IL 60606
P: 312-419-6900
*ssiegel@atllp.com*
*srabie@atllp.com*

*Attorneys for Plaintiffs*

Anthony George Becknek (#6305451)
Klein, Thorpe & Jenkins
120 S. LaSalle Street
Suite 1710
Chicago, IL 60603
630-935-0506
*agbecknek@ktjlaw.com*

Daniel William Bourgault (#6243302)
Klein, Thorpe & Jenkins Ltd.
20 N. Wacker Drive
Suite 1660
Chicago, IL 60606
312-599-1329
*dwbourgault@ktjlaw.com*

*Attorneys for Defendants*